IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01271-BNB

DOUGLAS JAY WEST,
Plaintiff,

v.

THE COLORADO DEPT. OF CORRECTIONS, and
DOES, to be named upon discovery, et al.,
Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 10 2008

GREGORY C. LANGHAM
CLERK

---

ORDER TO DISCHARGE SHOW-CAUSE ORDER

---

On June 23, 2008, Plaintiff was ordered to show cause why this action should not be dismissed as repetitive of a claim Plaintiff raised previously in another case. On July 8, 2008, Plaintiff filed a response to the show cause order. Based on Plaintiff's response, it appears that the claim he is raising in this action is not repetitive of the claim Plaintiff raised in the prior action. Therefore, the action will not be dismissed at this time as repetitive. The June 23 show-cause order will be discharged. Accordingly, it is

ORDERED that the court's Order to Show Cause filed in this action on June 23, 2008, is discharged.

DATED at Denver, Colorado, this 10th day of July, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01271-BNB

Douglas Jay West
Prisoner No. 108376
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/10/08

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk