IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01271-WYD-BNB

DOUGLAS J. WEST,

Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS; and
DOES TO BE NAMED UPON DISCOVERY,

Defendants.

_____

## ORDER

_____

This matter is before me on the plaintiff's **Motion to Amend Complaint** [Doc. # 10,

filed 7/18/2008] (the "Motion"). The plaintiff seeks to amend his Complaint to add a new

defendant. The plaintiff has not attached a copy of the proposed amended complaint to his

motion to amend.

The Federal Rules of Civil Procedure provide that a complaint may be amended as

follows:

> A party may amend the party's pleading once as a matter of course
> at any time before a responsive pleading is served. . . . Otherwise a
> party may amend the party's pleading only by leave of court or by
> written consent of the adverse party.

Fed.R.Civ.P. 15(a).

A responsive pleading has not yet been served in this case. Therefore, the plaintiff may

amend his pleading as a matter of course. However, the plaintiff may not amend his Complaint

by simply filing piecemeal amendments and supplements. Rather, he must file the entire

proposed amended complaint.  The plaintiff may not incorporate by reference his original

Complaint into the amended complaint.  The amended complaint must stand alone; it must

contain <u>all</u> of the plaintiff's claims.  <u>Mink v. Suthers</u>, 482 F.3d 1244, 1254 (10th Cir. 2007)

(stating that "an amended complaint supercedes an original complaint and renders the original

complaint without legal effect") (internal quotations and citations omitted).  Accordingly,

      IT IS ORDERED that Plaintiff's Motion to Amend Complaint is DENIED WITHOUT

PREJUDICE, subject to compliance with this Order.

      Dated July 31, 2008.

                             BY THE COURT:

                             s/ Boyd N. Boland_____
                            United States Magistrate Judge