IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01271-WYD-BNB

DOUGLAS J. WEST,

Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS; and
DOES TO BE NAMED UPON DISCOVERY,

Defendants.
_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

This matter is before me pursuant to my Order to Show Cause dated November 6, 2008 [Doc. #22]. For the following reasons, I respectfully RECOMMEND that this case be DISMISSED WITHOUT PREJUDICE.

On September 19, 2008, I issued a Minute Order directing the plaintiff to respond to the defendant's motion to dismiss on or before October 17, 2008 [Doc. #20]. The Minute Order was mailed to the plaintiff at his address of record at the Colorado State Penitentiary ("CSP"). The envelope addressed to the plaintiff was returned as undeliverable because the plaintiff is no longer at CSP [Doc. #21]. The plaintiff has not responded to the defendant's motion to dismiss.

The plaintiff's last filing in this case--a copy of his inmate trust account statement--was received August 6, 2008 [Doc. #16]. The Court has not received a notice of change of address from him as required by D.C.COLO.LCivR 10.1M, and has had no other contact with him since August 6, 2008.

I ordered the plaintiff to show cause in writing, on or before November 20, 2008, why the Complaint should not be dismissed for failure to keep the Court informed of his current address in violation of D.C.COLO.LCivR 10.1M and for failure to prosecute [Doc. #22]. D.C.COLO.LCivR 41.1. I warned the plaintiff that failure to respond to my order on or before November 20, 2008, would result in my recommendation that the Complaint be dismissed in its entirety.

The envelope containing the show cause order was returned as undeliverable because the plaintiff is no longer at CSP [Doc. #23]. The plaintiff has not responded to my order to show cause.

I respectfully RECOMMEND that the plaintiff's Complaint be DISMISSED WITHOUT PREJUDICE for failure to keep the Court informed of his current address in violation of D.C.COLO.LCivR 10.1M and for failure to prosecute. D.C.COLO.LCivR 41.1.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated November 21, 2008.

                                                                     BY THE COURT:

                                                                     /s/ Boyd N. Boland
                                                                     United States Magistrate Judge