IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01271-WYD-BNB

DOUGLAS J. WEST,

    Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS; and
DOES TO BE NAMED UPON DISCOVERY,

    Defendants.

## ORDER ADOPTING AND AFFIRMING
## MAGISTRATE JUDGE'S RECOMMENDATION

THIS MATTER is before the Court in connection with an Order to Show Cause issued by Magistrate Judge Boland on November 6, 2008 [#22], which ordered Plaintiff to show cause in writing on or before November 20, 2008, why the Court should not dismiss his Complaint for failure to keep the Court informed of his current address in violation of D.C.Colo.LCivR 10.1M, and for failure to prosecute in violation of D.C.Colo.LCivR 41.1. This matter was referred to Magistrate Judge Boland by a general Order of Reference dated July 18, 2008 [#11].

In the Order to Show Cause, Magistrate Judge Boland notes that plaintiff has had no contact with the Court since the filing of a copy of his inmate trust account statement on August 6, 2008. Since that time, the Court has not received a notice of change of address, and plaintiff has failed to respond to Defendant's Motion to Dismiss, filed

September 19, 2008 [#18]. The Order to Show Cause further states that Plaintiff's failure to respond would result in a recommendation that the Complaint be dismissed in its entirety.

Based on Plaintiff's failure to respond to the Order to Show Cause, Magistrate Judge Boland issued a Recommendation of United States Magistrate Judge on November 21, 2008 ("Recommendation"), which is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). In the Recommendation, Magistrate Judge Boland recommends that Plaintiff's Complaint be Dismissed Without Prejudice due to Plaintiff's failure to keep the Court informed of his current address in violation of D.C.Colo.LCivR 10.1M, and for failure to prosecute in violation of D.C.Colo.LCivR 41.1.

In addition, Magistrate Judge Boland advised Plaintiff that specific written objections to the Recommendation were due within ten (10) days after being served with a copy of the Recommendation. Despite this advisement, no objections was filed. No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the

face of the record."[1]  *See* Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  I agree with Magistrate Judge Boland that the Complaint in this matter must be dismissed.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge dated November 21, 2008 [#24], is **AFFIRMED and ADOPTED**.  In accordance therewith, it is

ORDERED that the Complaint in this matter is hereby **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's violation of D.C.Colo.LCivR 10.1M, and D.C.Colo.LCivR 41.1.

Dated:  December 17, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge

---

[1]  Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review, Fed. R. Civ. P. 72(b).